[No. 57036-6-I. Division One. August 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. V.L., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-8-00307-1, Martha V. Gross, J. Pro Tem., entered September 20, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57600-3-I. Division One. August 21, 2006.]

*In the Matter of the Trustee's Sale of the Real Property of* DOROTHY ERVIN.

DOROTHY R. ERVIN, *Appellant*, v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *as Nominee, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-38943-7, Kimberly Prochnau, J. Pro Tem., entered February 23, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Ellington, JJ.

[No. 57967-3-I. Division One. August 21, 2006.]

THE CITY OF BURLINGTON, *Appellant*, v. SKAGIT COUNTY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-02097-3, John M. Meyer, J., entered February 27, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Dwyer, JJ.

[No. 31620-0-II. Division Two. August 22, 2006.]

*In the Matter of the Marriage of* DWAYNE JOHNSON, *Respondent*, and YOKO JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-00921-1, Frank Cuthbertson, J., entered April 2, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.